IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>            Plaintiff,<br><br>v.<br><br>CLASS A TROPHIES BUTTONS & MORE et al.,<br><br>            Defendants. | Case No. 07 CV 608 W (WMc)<br><br>**ORDER GRANTING JOINT MOTION**<br><br>[Fed. R. Civ. P. 41 (a)(1), (2)] |

   **IT IS HEREBY ORDERED,** that Magistrate Judge William McCurine or any other Magistrate Judge appointed by the Court, shall retain jurisdiction over all further proceedings in this matter including, but not limited to, interpretation and enforcement of the terms of the Settlement Agreement.  The terms of the Settlement Agreement are hereby incorporated in this Order.

   **IT IS FURTHER ORDERED** that the Complaint in USDC Case No. 07 CV 0608 W (WMc) is hereby dismissed in its entirety and with prejudice.

//
//
//
//
//

**IT IS FURTHER ORDERED** that the Parties shall each bear its, his or her own costs and fees, except as otherwise set forth in the Settlement Agreement, which is **incorporated herein by reference.**

**IT IS SO ORDERED.**

DATED:  September 5, 2007

_____
Hon. Thomas J. Whelan
United States District Judge